# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-208
Lower Tribunal Nos. 2014-CF-003823-XX, 2014-CF-003825-XX,
2014-CF-003829-XX and 2014-CF-003282-XX

_____

CHRISTOPHER FORSGREN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
J. David Langford, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE, J., and LAMBERT, B.D., Associate Judge, concur.


Christopher Forsgren, Lake Butler, Pro se.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart and C. Suzanne Bechard, Assistant Attorney Generals, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED